Certificate Number: 16199-GAN-CC-030223790

16199-GAN-CC-030223790

# CERTIFICATE OF COUNSELING

I CERTIFY that on November 27, 2017, at 4:22 o'clock PM EST, Mark Mingo received from CC Advising, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of Georgia, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  November 27, 2017            By:    /s/Jalen Tanner for Sonia Hernandez

                                    Name:  Sonia Hernandez

                                    Title: Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).